# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

134323

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CAROLYN J. BURTON,
      Plaintiff-Appellee,

v

SC: 134323
COA: 274440
WCAC: 05-000250

HELEN NEWBERRY JOY HOSPITAL and
MHA INSURANCE COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the May 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

t0917